

# IN THE
# TENTH COURT OF APPEALS

## No. 10-21-00052-CV

## IN THE INTEREST OF R.A.T., A CHILD

**From the 82nd District Court
Robertson County, Texas
Trial Court No. 17-12-20419-CV**

## MEMORANDUM OPINION

Appellant's motion to withdraw his appeal of the trial court's Default Order in Suit for Modification of Support Order and to Confirm Support Arrearage was filed on March 22, 2021. In the motion, appellant asked this Court to withdraw his appeal without charging him the filing fee because appellant alleged he was not aware he was required to pay a filing fee and could not afford to pay the filing fee.

By letter dated March 26, 2021, the Clerk of this Court informed appellant that the payment of the filing fee is required, unless appellant obtained indigent status for purposes of appeal under Texas Rule of Appellate Procedure 20.1. The Clerk enclosed a form Statement of Inability to Afford Payment of Court Costs with the letter and explained to appellant that if he wished to proceed with the appeal without the payment

of cost, appellant must fill out the form and return it to the Court within 21 days from the date of the letter. Appellant was also informed that this Court would delay ruling on the motion to withdraw until the time to file the Statement of Inability to Afford Payment of Court Costs had passed. However, appellant was warned in the same letter that if a Statement of Inability to Afford Payment of Court Costs or the filing fee was not received within 21 days from the date of the letter, the Court would proceed to a ruling on the motion to withdraw. More than 21 days have passed and no Statement of Inability to Afford Payment of Court Costs has been filed and no payment of the filing fee has been received.

Accordingly, appellant's "Motion to Withdraw Appeal" is granted, and this appeal is dismissed.

TOM GRAY
Chief Justice

Before Chief Justice Gray,
      Justice Neill, and
      Justice Johnson
Motion granted; appeal dismissed
Opinion delivered and filed April 28, 2021
[CV06]



In the Interest of R.A.T.